IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| QJ TEAM, LLC AND FIVE POINTS HOLDINGS, LLC, individually and on behalf of all other persons similarly situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-01013-SDJ |
| TEXAS ASSOCIATION OF REALTORS, INC., et al., | § § § § | |
| Defendants. | § | |

## NOTICE OF RELATED CASE

By this notice, Defendant Houston Association of Realtors, Inc. ("HAR") hereby notifies the Court that a very similar case, styled: *Julie Martin, et al. v. Texas Association of Realtors, Inc., et al.*, Case No. 4:23-cv-01104, was filed on December 14, 2023, in the United States District Court for the Eastern District of Texas, Sherman Division.  Many of the named defendants in the new *Martin* case, including HAR, also are named as defendants in the *QJ Team* case, and the claims in both cases are virtually identical.  Despite these similarities, the Civil Cover sheet filed with the Complaint in the *Martin* case does not indicate that there already is a related case filed in this Court, which is why HAR is filing this Notice with the Court.

Dated: December 14, 2023

Respectfully submitted,

By: */s/ Bradley C. Weber*
Bradley C. Weber
State Bar No. 21042470
bweber@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Tel: (214) 740-8497
Fax: (214-756-8497

Grant P. Harpold
State Bar No. 09034300
gharpold@buckkeenan.com
BUCK KEENAN LLP
2229 San Felipe Street, Suite 1000
Houston, Texas 77019
Tel: (713) 225-4500
Fax: (713) 225-3719

**ATTORNEYS FOR DEFENDANT HOUSTON ASSOCIATION OF REALTORS, INC.**

## CERTIFICATE OF SERVICE

Pursuant to Rule 5(d)(1)(B) of the Federal Rules of Civil Procedure, as amended, no certificate of service is necessary because this document is being filed with the court's electronic filing system.