IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

This filing relates to:

| | |
|---|---|
| **QJ TEAM, LLC AND FIVE POINTS HOLDINGS, LLC**, individually and on behalf of all other persons similarly situated, § § § § § § Plaintiffs, § § v. § § **TEXAS ASSOCIATION OF REALTORS, INC.,** *et al.*, § § § § § Defendants. § | CIVIL ACTION NO. 4:23-cv-01013-SDJ CLASS ACTION |

_____                    _____

| | |
|---|---|
| **JULIE MARTIN, MARK ADAMS, AND ADELAIDA MATTA**, individually and on behalf of all other persons similarly situated, § § § § § § Plaintiffs, § § v. § § **TEXAS ASSOCIATION OF REALTORS, INC.,** *et al.*, § § § § § Defendants. § | CIVIL ACTION NO. 4:23-cv-01104-SDJ CLASS ACTION |

_____                    _____

**STIPULATED PRELIMINARY SCHEDULING ORDER**

Plaintiffs QJ Team, LLC and Five Points Holdings, LLC (collectively, the "*QJ Team* Plaintiffs"), Julie Martin, Mark Adams, and Adelaida Matta (collectively, the "*Martin* Plaintiffs"),

and the "Stipulating Defendants,"[1] by and through their respective counsel, hereby agree and stipulate as follows:[2]

**WHEREAS**, the *QJ Team* Plaintiffs filed a Class Action Complaint (the "*QJ Team* Complaint") in the action styled *QJ Team, LLC, et al. v. Texas Association of Realtors, Inc., et al.*, Civil Action No. 4:23-cv-01013-SDJ (the "*QJ Team*" case) on November 13, 2023;

**WHEREAS**, The *QJ Team* Complaint includes a claim under Section 1 of the Sherman Act based generally on allegations that Defendants have engaged in a conspiracy to require sellers of residential property in Texas to make inflated payments to the brokers or agents representing the buyers in the transactions;

**WHEREAS**, the Defendants in the *QJ Team* case have not responded to the *QJ Team* Complaint and the parties have not yet filed an initial status report;

---

[1] The Stipulating Defendants are, in alphabetical order, ABA Management, L.L.C. d/b/a Allie Beth Allman and Associates; ATX WIR LLC; Austin Board of Realtors®; Austin/Central Texas Realty Information Service; Central Texas Multiple Listing Service, Inc.; CitiQuest Properties, Inc.; DMTX, LLC; DSJMM, LLC; Ebby Halliday Real Estate, LLC; Fathom Realty, LLC; Fort Hood Area Association of Realtors®, Inc.; Four Rivers Association of Realtors®, Inc.; Greater El Paso Association of Realtors®; Greater Fort Worth Association of Realtors®, Inc.; Greenwood King Properties II, Inc.; Hexagon Group, LLC; Heyl Group Holdings LLC; HomeServices of America, Inc.; Houston Association of Realtors®, Inc.; Houston Realtors® Information Service, Inc.; JP Piccinini Real Estate Services, LLC d/b/a JPA; Keller Williams Realty, Inc.; Keller Willis San Antonio, Inc.; Mark Anthony Dimas; MetroTex Association of Realtors®, Inc.; MJHM LLC; Moreland Properties, Inc.; North Texas Real Estate Information Systems, Inc.; PenFed Realty, LLC; Real Agent LLC; Realty Austin, LLC; RFT Enterprises, Inc.; San Antonio Board of Realtors®, Inc.; San Antonio Legacy Group, LLC; Side, Inc.; Square MB, LLC; Team Burns, LLC d/b/a Monument Realty; Temple-Belton Board of Realtors®, Inc.; Texas Association of Realtors®, Inc.; The Dave Perry-Miller Company; The Loken Group, Inc.; Turner Mangum LLC; Victoria Area Association of Realtors®, Inc.; and Williamson County Association of Realtors®, Inc.

[2] By entering into this Stipulated Scheduling Order, no party waives, in this or any other action, any claims, counterclaims, defenses, affirmative defenses, rights (including arbitration), or arguments, whether stemming from common law, statute, or otherwise. This expressly includes not waiving the right to argue, now or in the future, that any such claims, counterclaims, defenses, affirmative defenses, or rights (including arbitration) were waived for any reason other than by solely entering into this Stipulated Scheduling Order.

**WHEREAS**, the *Martin* Plaintiffs filed a similar Class Action Complaint (the "*Martin* Complaint") in a separate action styled *Julie Martin, et al. v. Texas Association of Realtors, Inc., et al.*, Civil Action No. 4:23-cv-01104-SDJ (the "*Martin*" case) on December 14, 2023;

**WHEREAS**, the *Martin* Complaint names as defendants all of the defendants named in the *QJ Team* Complaint, plus an additional seventeen defendants;

**WHEREAS**, with the exception of the new plaintiffs and additional defendants included in the *Martin* Complaint, the allegations and claims in the *QJ Team* Complaint and the *Martin* Complaint are virtually identical;

**WHEREAS**, the Defendants in the *Martin* case have not responded to the *Martin* Complaint and the parties have not yet filed an initial status report;

**WHEREAS**, on December 27, 2023, the plaintiffs in two actions pending outside of this Court filed a motion pursuant to 28 U.S.C. §1407 (the "MDL Motion") before the U.S. Judicial Panel on Multidistrict Litigation (the "Panel") to transfer the *QJ Team* case, *Martin* case, and other cases to the U.S. District Court for the Western District of Missouri for coordinated or consolidated pretrial proceedings;

**WHEREAS**, on January 8, 2024, the Clerk of the Panel issued a briefing schedule that requires Responses to the MDL Motion to be filed on or before January 26, 2024, and Replies to be filed on or before February 2, 2024;

**WHEREAS**, counsel for the *QJ Team* Plaintiffs, *Martin* Plaintiffs, and Stipulating Defendants have negotiated and agreed on certain deadlines that would be incorporated into a stipulated scheduling order for preliminary pretrial matters in the *QJ Team* and *Martin* cases; and

**WHEREAS**, on January 20, 2024, the Court issued an Order in the *QJ Team* case [ECF 186] that requires the *QJ Team* Plaintiffs and Stipulating Defendants to finalize and submit a stipulated scheduling order to the Court on or before January 29, 2024.

**NOW THEREFORE**, the *QJ Team* Plaintiffs, *Martin* Plaintiffs, and Stipulating Defendants stipulate and agree to the following preliminary deadlines, subject to the Court's approval:

- On or before **February 15, 2024**, the *QJ Team* Plaintiffs and *Martin* Plaintiffs (collectively, the "Plaintiffs") shall file a Motion to Consolidate the *QJ Team* and *Martin* cases for all purposes under 4:23-cv-01013. Defendants agree and consent to the filing of the Motion to Consolidate as "unopposed;" provided, they are served with a copy of the motion prior to filing and consent to the relief it seeks.

- On or before **March 15, 2024**, Plaintiffs shall file a Consolidated Amended Complaint ("CAC"). The CAC will not be considered Plaintiffs' amended complaint "as a matter of course" under FED. R. CIV. P. 15(a)(1).

- On or before **May 15, 2024**, Defendants shall file any answers, motions to dismiss, or other responsive pleadings to the CAC.

- On or before **July 15, 2024**, Plaintiffs shall file any responses in opposition to any motions to dismiss.

- On or before **August 5, 2024**, Defendants shall file any replies addressing issues raised in Plaintiffs' responses to the motions to dismiss.

- On or before **August 26, 2024**, Plaintiffs shall file any sur-replies addressing issues raised in Defendants' replies to Plaintiffs' responses to the motions to dismiss.

- If the Panel has not ruled on the MDL Motion before May 15, 2024, the Parties agree to confer in good faith on reasonable additional extensions of the above May 15, July 15, August 5, and August 26, 2024 motion and briefing deadlines.

- If necessary, following the Court's rulings on any motions to dismiss, the Parties will confer in good faith on any additional pretrial deadlines and submit a proposed scheduling order to the Court.

**IT IS SO ORDERED and SIGNED** this ____ day of _____, 2024.

**STIPULATED** to this 29th day of January, 2024:

        */s/ Michael K. Hurst*_____
        Michael K. Hurst
        Texas Bar No. 10316310
        mhurst@lynnllp.com
        Chris Schwegmann
        Texas Bar No. 24051315
        cschwegmann@lynnllp.com
        Yaman Desai
        Texas Bar No. 24101695
        ydesai@lynnllp.com
        Jessica Cox
        Texas Bar No. 24114769
        jcox@lynnllp.com
        **LYNN PINKER HURST & SCHWEGMANN**
        2100 Ross Avenue, Suite 2700
        Dallas, Texas 75201
        Tel: (214) 981-3800
        Fax: (214) 981-3839

        Julie Pettit
        Texas Bar No. 24065971
        jpettit@pettitfirm.com
        David B. Urteago
        Texas Bar. No. 24079493
        durteago@pettitfirm.com
        **THE PETTIT LAW FIRM**
        2101 Cedar Springs, Suite 1540
        Dallas, Texas 75201
        Tel: (214) 329-0151
        Fax: (214) 329-4076

        Frederic S. Fox
        ffox@kaplanfox.com
        Jeffrey P. Campisi
        jcampisi@kaplanfox.com
        Matthew P. McCahill
        mmccahill@kaplanfox.com
        **KAPLAN FOX & KILSHEIMER LLP**
        800 Third Avenue, 38th Floor
        New York, NY 10022
        Tel: (212) 687-1980
        Fax: (212) 687-7714

        *Attorneys for Plaintiffs*

*/s/ Bradley C. Weber*
Bradley C. Weber
Texas Bar No. 21042470
bweber@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Tel: (214) 740-8497
Fax: (214) 756-8497

Grant P. Harpold
Texas Bar No. 09034300
gharpold@buckkeenan.com
BUCK KEENAN LLP
2229 San Felipe Street, Suite 1000
Houston, Texas 77019
Tel: 713-225-4500
Fax: 713-225-3719

*Attorneys for Defendants Houston Association of Realtors®, Inc. and Houston Realtors® Information Service, Inc.*


*/s/ George W. Morrison*
George W. Morrison (a/k/a Bill Morrison)
Texas Bar No. 24007710
bill.morrison@haynesboone.com
Neil Issar
Texas Bar No. 24102704
neil.issar@haynesboone.com
Greta Gieseke
Texas Bar No. 24132925
greta.gieseke@haynesboone.com
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, Texas 75201-2747
Tel: (214) 651-5000
Fax: (214) 651-5940

*Attorneys for Defendants MetroTex Association of Realtors®, Inc. and North Texas Real Estate Information Systems, Inc.*

/s/ Richard A. Illmer
Richard A. Illmer
Texas Bar No. 10388350
rick.illmer@huschblackwell.com
Chalon Clark
Texas Bar No. 24050045
chalon.clark@huschblackwell.com
HUSCH BLACKWELL, LLP
1900 N. Pearl St., Suite 1800
Dallas, Texas 75201
Tel: (214) 999-6100
Fax: (214) 999-6170

Christopher A. Smith (*Pro Hac Vice*)
chris.smith@huschblackwell.com
HUSCH BLACKWELL, LLP
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
Tel: (314) 480-1500
Fax: (314) 480-1505

A. James Spung (*Pro Hac Vice*)
james.spung@huschblackwell.com
1801 Wewatta St., Suite 1000
Denver, Colorado 80202
Tel: (303) 749-7200
Fax: (303) 749-7272

***Attorneys for Defendant Texas Association of Realtors®, Inc.***

/s/ A. Boone Almanza
A. Boone Almanza
Texas Bar No. 01579001
balmanza@abdmlaw.com
Rachel L. McKenna
Texas Bar No. 24102183
rmckenna@abdmlaw.com
Ethan Ranis
Texas Bar No. 24098303
eranis@abdmlaw.com
ALMANZA, BLACKBURN, DICKIE & MITCHELL, LLP
2301 S. Capital of Texas Highway, Bldg. H
Austin, Texas 78746

Tel: (512) 474-9486
Fax: (512) 478-7151

*Attorneys for Defendant ATX WIR LLC*


*/s/ Jay Dewald*
Jay Dewald
Texas Bar No. 24001990
jay.dewald@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
Tel: (210) 224-5575
Fax: (210) 270-7205

Ellen Sessions
Texas Bar No. 00796282
ellen.sessions@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Tel: (214) 855-8180
Fax: (214) 855-8200

Layne E. Kruse
Texas Bar No. 11742550
layne.kruse@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5100
Fax: (713) 651-5246

*Attorneys for Defendants Austin Board of Realtors® and Austin/Central Texas Realty Information Service*


*/s/ Joseph S. Babb*
Joseph S. Babb
Texas Bar No. 01478700
jbabb@brltexaslaw.com
BABB, REED & LEAK, PLLC
4131 Spicewood Springs Rd., Bldg. G-2
Austin, Texas 78759

Tel: (512) 580-5010

*Attorney for Defendants Central Texas Multiple Listing Service, Inc., Fort Hood Area Association of Realtors®, Inc., Four Rivers Association of Realtors®, Inc., Greater Fort Worth Association of Realtors®, Inc., Temple-Belton Board of Realtors®, Inc., Victoria Area Association of Realtors®, Inc., and Williamson County Association of Realtors®, Inc.*


*/s/ Nicole L. Williams*
Nicole L. Williams
Texas Bar No. 24041784
nwilliams@thompsoncoburn.com
Mackenzie S. Wallace
Texas Bar No. 24079535
mwallace@thompsoncoburn.com
THOMPSON COBURN LLP
2100 Ross Avenue, Suite 3200
Dallas, Texas 75201
Tel: (972) 629-7100
Fax: (972) 629-7171

*Attorneys for Defendants DMTX, LLC, DSJMM, LLC, Hexagon Group, LLC, Keller Willis San Antonio, Inc., and San Antonio Legacy Group, LLC*


*/s/ Emilee L. Hargis*
James D. Lawrence (admitted pro hac vice)
jim.lawrence@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1200 Main St., Suite 3800
Kansas City, Missouri 64105
Tel: (816) 374-3200

Timothy R. Beyer (admitted pro hac vice)
tim.beyer@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, #4100
Denver, Colorado 80203
Tel: (303) 866-7000

Elaine Drodge Koch
Texas Bar No. 06133300
elaine.koch@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
JP Morgan Chase Tower
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Tel: (214) 721-8000

Lindsay Sklar Johnson (admitted pro hac vice)
lindsay.johnson@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1201 W. Peachtree St., N.W., 14th Floor
Atlanta, Georgia 30309-3471
Tel: (404) 572-6600

Emilee L. Hargis (admitted pro hac vice)
emilee.hargis@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2028

***Attorneys for Defendant Fathom Realty, LLC***

*/s/ Jason M. Powers*
Jason M. Powers
Texas Bar No. 24007867
jpowers@velaw.com
VINSON & ELKINS L.L.P.
1001 Fannin St., Suite 2300
Houston, Texas 77002-6760
Tel: (713) 758-2522
Fax: (713) 615-5809

Megan Cloud
Texas Bar No. 24116207
mcloud@velaw.com
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel: (214) 220-7949

Fax: (214) 220-7716

*Attorneys for Defendant Greater El Paso Association of Realtors®*

*/s/ Edwin Buffmire*
Edwin Buffmire
Texas Bar No. 24078283
ebuffmire@jw.com
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Tel: (214) 953-6000

*Attorney for Defendant Greenwood King Properties II, Inc.*

*/s/ James C. Bookhout*
James C. Bookhout
Texas Bar No. 24087187
James.bookhout@us.dlapiper.com
DLA PIPER LLP (US)
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: (214) 743-4500
Fax: (214) 743-4545

Brett Ingerman (*pro hac vice*)
Brett.ingerman@us.dlapiper.com
David B. Hamilton (*pro hac vice*)
David.hamilton@us.dlapiper.com
Wes Reichart (*pro hac vice*)
West.reichart@us.dlapiper.com
DLA PIPER LLP (US)
650 S. Exeter Street, Suite 1100
Baltimore, Maryland 2202
Tel: (410) 580-4177
Fax: (410) 580-3000

*Attorneys for Defendant Heyl Group Holdings LLC*

*/s/ Craig B. Florence*
Craig B. Florence
cflorence@foley.com
Texas Bar No. 07158010
FOLEY & LARDNER LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Tel: (214) 999-4796
Fax: (214) 999-4667

Edward D. ("Ed") Burbach
eburbach@foley.com
Texas Bar No. 03355250
FOLEY & LARDNER LLP
600 Congress Avenue, Suite 3000
Austin, Texas 78701
Tel: (512) 542-7000
Fax: (512) 542-7100

Jay N. Varon (*pro hac vice*)
jvaron@foley.com
Jennifer M. Keas (*pro hac vice*)
jkeas@foley.com
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, NW, Suite 600
Washington, D.C. 20007
Tel: (202) 672-5380
Fax: (202) 672-5399

Robert D. MacGill (*pro hac vice*)
Robert.macgill@macgilllaw.com
Matthew T. Ciulla (*pro hac vice*)
Matthew.ciulla@macgilllaw.com
MACGILL PC
156 E. Market Street, Suite 1200
Indianapolis, Indiana 46204
Tel: (317) 721-1253

*Attorneys For Defendants*
*ABA Management, L.L.C., Ebby Halliday Real Eestate LLC, The Dave Perry-Miller Company, and HomeServices of America, Inc.*

/s/ William M. Katz, Jr.
William M. Katz, Jr.
Texas Bar No. 00791003
William.Katz@hklaw.com
Dina W. McKenney
Texas Bar No. 24092809
Dina.McKenney@hklaw.com
HOLLAND & KNIGHT, LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Tel: (214) 969-1700
Fax: (214) 969-1751

David C. Kully (*pro hac vice*)
D.C. Bar No. 448763
David.Kully@hklaw.com
Anna P. Hayes (*pro hac vice*)
D.C. Bar No. 1048276
Anna.Hayes@hklaw.com
HOLLAND & KNIGHT, LLP
800 17th Street N.W.
Suite 1100
Washington, DC 20006
Tel: (202) 469-5441
Fax: (202) 955-5564

Timothy Ray (*pro hac vice*)
Illinois Bar No. 6230099
Timothy.Ray@hklaw.com
HOLLAND & KNIGHT, LLP
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Tel: (312) 928-6042
Fax: (312) 578-6666

***Attorneys for Keller Williams Realty, Inc.***

/s/ Carl S. Burkhalter
Carl S. Burkhalter (*pro hac vice*)
cburkhalter@maynardnexsen.com
MAYNARD NEXSEN PC
1901 Sixth Avenue North, Suite 1700
Birmingham, Alabama 35203

>Tel: (205) 254-1000
>Fax: (205) 254-1999
>
>Marcus A. Manos (*pro hac vice*)
>mmanos@maynardnexsen.com
>MAYNARD NEXSEN PC
>1230 Main Street, Suite 700
>Columbia, South Carolina 29201
>Tel: (803) 771-8900
>Fax: (803) 253-8277
>
>Carlos Soltero
>Texas Bar No. 00791702
>csoltero@maynardnexsen.com
>MAYNARD NEXSEN PC
>Sterling Plaza
>5949 Sherry Lane, Suite 820
>Dallas, Texas 75225
>Tel: (214) 239-2360
>Fax: (214) 239-2377
>
>Alexandra H. Austin (*pro hac vice*)
>AAustin@maynardnexsen.com
>MAYNARD NEXSEN PC
>205 King Street, Suite 400
>Charleston, South Carolina 29401
>Tel: (843) 579-7827
>
>***Attorneys for Defendant JP Piccinini Real Estate Services, LLC***
>
>
>*/s/ K. Annette Disch*
>K. Annette Disch
>Texas Bar No. 00785822
>Annette.disch@gkbklaw.com
>GAUNTT, KOEN, BINNEY & KIDD, LLP
>25700 I-45 North, Ste. 130
>Spring, Texas 77386
>Tel: (281) 367-6555
>Fax: (281) 367-3705
>
>***Attorney for Defendants Mark Anthony Dimas and The Loken Group, Inc.***

*/s/ Samuel Harris Johnson*
Aaron Benjamin Gottlieb
Texas Bar No. 24069815
aaron@jfbusinesslaw.com
Samuel Harris Johnson
Texas Bar No. 24065507
sam@jfbusinesslaw.com
JOHNSON FRIEDMAN LAW GROUP PLLC
16803 Dallas Parkway, Ste. 320
Addison, Texas 75001
Tel: (214) 382-0300
Fax: (214) 466-2481

***Attorneys for Defendant MJHM LLC***


*/s/ Gary Neal Schumann*
Gary Neal Schumann
Texas Bar No. 17851930
gary@ssjmlaw.com
SAVRICK SCHUMANN JOHNSON MCGARR KAMINSKI & SHIRLEY, LLP
The Overlook at Gaines Ranch
4330 Gains Ranch Loop, Suite 150
Austin, Texas 78735
Tel: (512) 347-1604
Fax: (512) 347-1676

***Attorney for Defendant Moreland Properties, Inc.***


*/s/ Stephanie C. Sparks*
Stephanie C. Sparks
Texas Bar No. 24042900
ssparks@vedderprice.com
VEDDER PRICE P.C.
300 Crescent Court, Suite 400
Dallas, Texas 75201
Tel: (469) 895-4800
Tel: (469) 895-4802

Mitchell D. Cohen (*pro hac vice*)
mcohen@vedderprice.com
VEDDER PRICE P.C.
1633 Broadway 31st Floor

New York, New York 10019
Tel: (212) 407-7700
Fax: (212) 407 7799

Thomas P. Cimino
tcimino@vedderprice.com
Gregory G. Wrobel (*pro hac vice*)
gwrobel@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Tel: (312) 609-7500
Fax: (312) 609-5005

***Attorneys for Defendant PenFed Realty, LLC***

*/s/ David E. Dunham*
David E. Dunham
Texas Bar No. 06227700
david@dunhamllp.com
DUNHAM LLP
919 Congress Avenue, Suite 910
Austin, Texas 78701
Tel: (512) 615-1255
Fax: (512) 615-1256

***Attorneys for Defendant Real Agent LLC***

*/s/ Chahira Solh*
Chahira Solh (Lead attorney; *pro hac vice*)
csolh@crowell.com
Daniel A. Sasse (*pro hac vice*)
dsasse@crowell.com
Eric Fanchiang (*pro hac vice*)
efanchiang@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Tel: (949) 263-8400
Fax: (949) 263-8414

***Attorneys for Defendant Realty Austin, LLC***

*/s/ Brenda T. Cubbage*
Brenda T. Cubbage
Texas Bar No. 05201300
bcubbage@cbsattorneys.com
Mary Madden Melle
Texas Bar No. 24051789
mmelle@cbsattorneys.com
CALHOUN, BHELLA & SECHREST, LLP
325 N. Saint Paul Street, Suite 2300
Dallas, Texas 75201
Tel: (214) 981-9200
Fax: (214) 981-9203

*Attorneys for Defendant RFT Enterprises, Inc.*


*/s/ Brian D. Schneider*
Brian D. Schneider
brian.schneider@afslaw.com
ARENTFOX SCHIFF LLP
1717 K Street NW
Washington, DC 20006
Tel: (202) 857-6000
Fax: (202) 857-6395

Jessica Sprovtsoff
jessica.sprovtsoff@afslaw.com
ARENTFOX SCHIFF LLP
350 South Main Street, Suite 210
Ann Arbor, Michigan 48104
Tel: (734) 222-1500
Fax: (734) 222-1501

Michael E. Jones
Texas Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, PC
102 North College, Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

*Attorneys for Defendant San Antonio Board of Realtors®, Inc.*

*/s/ Gregory J. Casas*
Gregory J. Casas, Lead Counsel
Texas Bar No. 00787213
casasg@gtlaw.com
GREENBERGTRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, Texas 78701
Tel: (512) 320-7200
Fax: (512) 320-7210

Christopher S. Dodrill
Texas Bar No. 24110696
dodrillc@gtlaw.com
GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Tel: (214) 665-3600
Fax: (214) 665-3601

Becky Leigh Caruso
Texas Bar No. 24123942
Becky.Caruso@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: (973) 443-3252
Fax: (973) 301-8410

***Attorneys for Defendant Square MB, LLC***


*/s/ Brian E. Robison*
Brian E. Robison
Texas Bar No. 00794547
brian@brownfoxlaw.com
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, Texas 75034
Tel: (972) 707-1860
Fax: (214) 327-5001

Charlene C. Koonce
Texas Bar No. 11672850
charlene@brownfox.com
C. Alan Carrillo
Texas Bar No. 24109693

alan@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Tel: (214) 327-5000
Fax: (214) 327-5001

*Attorneys for Defendant Side, Inc. and Citiquest Properties, Inc.*


*/s/ Bradley J. Purcell*
Keith M. Aurzada
Texas Bar No. 24009880
kaurzada@reedsmith.com
Bradley J. Purcell
Texas Bar No. 24063965
bpurcell@reedsmith.com
REED SMITH, LLP
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
Tel: (469) 680-4200
Fax: (469) 680-4299

*Attorneys for Defendant Team Burns, LLC d/b/a Monument Realty*


*/s/ Frederick T. Johnson*
Frederick T. Johnson
Texas Bar No. 00785429
Fjohnson@SpencerFane.com
SPENCER FANE LLP
3040 Post Oak Boulevard, Suite 1400
Houston, Texas 77056
Tel: (713) 212-2635
Fax: (713) 963-0859

Sean Whyte
Texas Bar No. 24047100
SWhyte@SpencerFane.com
Shelby Menard
Texas Bar No. 24106581
Smenard@SpencerFane.com
Mavish Bana
Texas Bar No. 24096653

        Mbana@spencerfane.com
S<small>PENCER</small> F<small>ANE</small> LLP
5700 Granite Parkway, Suite 650
Plano, Texas 75024
Tel: (972) 324-0300
Fax: (972) 324-0301

Thomas W. Hayde
(*pro hac vice* pending)
Thayde@SpencerFane.com
S<small>PENCER</small> F<small>ANE</small> LLP
1 N. Brentwood Blvd., Suite 1000
St. Louis, Missouri 63105
Tel: (972) 324-0300
Fax: (972) 324-0301

*Attorneys for Defendant Turner Mangum LLC*

## CERTIFICATE OF SERVICE

        Pursuant to Rule 5(d)(1)(B) of the Federal Rules of Civil Procedure, as amended, no certificate of service is necessary because this document is being filed with the court's electronic filing system.