IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **QJ TEAM, LLC AND FIVE POINTS HOLDINGS, LLC**, individually and on behalf of all other persons similarly situated, | § § § § § § | CIVIL ACTION NO. 4:23-cv-01013-SDJ |
| Plaintiffs, | § § | |
| v. | § § | CLASS ACTION |
| **TEXAS ASSOCIATION OF REALTORS, INC.**, *et al.*, | § § § § § | |
| Defendants. | § | |

_____  _____

| | | |
|---|---|---|
| **JULIE MARTIN, MARK ADAMS, AND ADELAIDA MATTA**, individually and on behalf of all other persons similarly situated, | § § § § § § | CIVIL ACTION NO. 4:23-cv-01104-SDJ |
| Plaintiffs, | § § | |
| v. | § § | CLASS ACTION |
| **TEXAS ASSOCIATION OF REALTORS, INC.**, *et al.*, | § § § § § | |
| Defendants. | § | |

_____  _____

**DEFENDANTS' RESPONSE TO
PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE**

The "Responding Defendants,"[1] by and through their respective counsel, hereby respond to *Plaintiffs' Unopposed Motion to Consolidate* [ECF 193 in *QJ Team*] as follows:[2]

Defendants are not opposed to, and support, the relief sought in the Motion to Consolidate, which requests the Court to enter a proposed Order that would:

- Consolidate *QJ Team, et al. v. Texas Association of Realtors, et al.*, Case No. Case No. 4:23-CV-1013-SDJ (E.D. Tex.) and *Julie Martin, et al. v. Texas Association of Realtors, et al.*, Case No. 4:23-CV-1104 (E.D. Tex.);

- Provide that the master docket and master file for the consolidated actions be *QJ Team, et al. v. Texas Association of Realtors, et al.*, Case No. 4:23-CV-1013-SDJ (E.D. Tex.); and

- require Plaintiffs to file a consolidated complaint in Case No. 4:23-CV-1013-SDJ on or before March 15, 2024.

Although Defendants are in favor of the relief requested in Motion to Consolidate, they disagree with and dispute some of the factual statements and arguments included in the motion, including Plaintiffs' contention that there are "common issues of fact and law posed by the

---

[1] The Responding Defendants are, in alphabetical order, ABA Management, L.L.C. d/b/a Allie Beth Allman and Associates; ATX WIR LLC; Austin Board of Realtors®; Austin/Central Texas Realty Information Service; Central Texas Multiple Listing Service, Inc.; CitiQuest Properties, Inc.; DMTX, LLC; DSJMM, LLC; Ebby Halliday Real Estate, LLC; Fathom Realty, LLC; Fort Hood Area Association of Realtors®, Inc.; Four Rivers Association of Realtors®, Inc.; Greater El Paso Association of Realtors®; Greater Fort Worth Association of Realtors®, Inc.; Greenwood King Properties II, Inc.; Hexagon Group, LLC; Heyl Group Holdings LLC; HomeServices of America, Inc.; Houston Association of Realtors®, Inc.; Houston Realtors® Information Service, Inc.; JP Piccinini Real Estate Services, LLC d/b/a JPA; Keller Willis San Antonio, Inc.; Mark Anthony Dimas; MetroTex Association of Realtors®, Inc.; MJHM LLC; Moreland Properties, Inc.; North Texas Real Estate Information Systems, Inc.; PenFed Realty, LLC; Real Agent LLC; Realty Austin, LLC; RFT Enterprises, Inc.; San Antonio Board of Realtors®, Inc.; San Antonio Legacy Group, LLC; Side, Inc.; Square MB, LLC; Team Burns, LLC d/b/a Monument Realty; Temple-Belton Board of Realtors®, Inc.; Texas Association of Realtors®, Inc.; The Dave Perry-Miller Company; The Loken Group, Inc.; Turner Mangum LLC; Victoria Area Association of Realtors®, Inc.; and Williamson County Association of Realtors®, Inc.

[2] By filing this Response, Defendants do not waive, in this or any other action, any Defendant's counterclaims, defenses, affirmative defenses, rights (including arbitration), or arguments, whether stemming from common law, statute, or otherwise.

Actions." Motion to Consolidate pp. 4-5. While it is true that the *QJ Team* case and *Martin* case include numerous overlapping parties, issues, and facts that satisfy Federal Rule of Civil Procedure 42(a) and justify consolidation, these issues of fact and law are not "common" with respect to the alleged class members in either case for purposes of Federal Rule of Civil Procedure 23.

DATED: February 15, 2024.

Respectfully submitted,

*/s/ Bradley C. Weber*
Bradley C. Weber
Texas Bar No. 21042470
bweber@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Tel: (214) 740-8497
Fax: (214) 756-8497

Grant P. Harpold
Texas Bar No. 09034300
gharpold@buckkeenan.com
BUCK KEENAN LLP
2229 San Felipe Street, Suite 1000
Houston, Texas 77019
Tel: 713-225-4500
Fax: 713-225-3719

***Attorneys for Defendants Houston Association of Realtors®, Inc. and Houston Realtors® Information Service, Inc.***

*/s/ George W. Morrison*
George W. Morrison (a/k/a Bill Morrison)
Texas Bar No. 24007710
bill.morrison@haynesboone.com
Neil Issar
Texas Bar No. 24102704
neil.issar@haynesboone.com
Greta Gieseke
Texas Bar No. 24132925
greta.gieseke@haynesboone.com

HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, Texas 75201-2747
Tel: (214) 651-5000
Fax: (214) 651-5940

***Attorneys for Defendants MetroTex Association of Realtors®, Inc. and North Texas Real Estate Information Systems, Inc.***

*/s/ Richard A. Illmer*
Richard A. Illmer
Texas Bar No. 10388350
rick.illmer@huschblackwell.com
Chalon Clark
Texas Bar No. 24050045
chalon.clark@huschblackwell.com
HUSCH BLACKWELL, LLP
1900 N. Pearl St., Suite 1800
Dallas, Texas 75201
Tel: (214) 999-6100
Fax: (214) 999-6170

Christopher A. Smith (*Pro Hac Vice*)
chris.smith@huschblackwell.com
HUSCH BLACKWELL, LLP
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
Tel: (314) 480-1500
Fax: (314) 480-1505

A. James Spung (*Pro Hac Vice*)
james.spung@huschblackwell.com
1801 Wewatta St., Suite 1000
Denver, Colorado 80202
Tel: (303) 749-7200
Fax: (303) 749-7272

***Attorneys for Defendant Texas Association of Realtors®, Inc.***

/s/ A. Boone Almanza
A. Boone Almanza
Texas Bar No. 01579001
balmanza@abdmlaw.com
Rachel L. McKenna
Texas Bar No. 24102183
rmckenna@abdmlaw.com
Ethan Ranis
Texas Bar No. 24098303
eranis@abdmlaw.com
ALMANZA, BLACKBURN, DICKIE &
MITCHELL, LLP
2301 S. Capital of Texas Highway, Bldg. H
Austin, Texas 78746
Tel: (512) 474-9486
Fax: (512) 478-7151

***Attorneys for Defendant ATX WIR LLC***


/s/ Jay Dewald
Jay Dewald
Texas Bar No. 24001990
jay.dewald@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
Tel: (210) 224-5575
Fax: (210) 270-7205

Ellen Sessions
Texas Bar No. 00796282
ellen.sessions@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Tel: (214) 855-8180
Fax: (214) 855-8200

Layne E. Kruse
Texas Bar No. 11742550
layne.kruse@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5100

Fax: (713) 651-5246

*Attorneys for Defendants Austin Board of Realtors® and Austin/Central Texas Realty Information Service*

*/s/ Joseph S. Babb*
Joseph S. Babb
Texas Bar No. 01478700
jbabb@brltexaslaw.com
BABB, REED & LEAK, PLLC
4131 Spicewood Springs Rd., Bldg. G-2
Austin, Texas 78759
Tel: (512) 580-5010

*Attorney for Defendants Central Texas Multiple Listing Service, Inc., Fort Hood Area Association of Realtors®, Inc., Four Rivers Association of Realtors®, Inc., Greater Fort Worth Association of Realtors®, Inc., Temple-Belton Board of Realtors®, Inc., Victoria Area Association of Realtors®, Inc., and Williamson County Association of Realtors®, Inc.*

*/s/ Nicole L. Williams*
Nicole L. Williams
Texas Bar No. 24041784
nwilliams@thompsoncoburn.com
Mackenzie S. Wallace
Texas Bar No. 24079535
mwallace@thompsoncoburn.com
THOMPSON COBURN LLP
2100 Ross Avenue, Suite 3200
Dallas, Texas 75201
Tel: (972) 629-7100
Fax: (972) 629-7171

*Attorneys for Defendants DMTX, LLC, DSJMM, LLC, Hexagon Group, LLC, Keller Willis San Antonio, Inc., and San Antonio Legacy Group, LLC*

*/s/ Emilee L. Hargis*
James D. Lawrence (admitted pro hac vice)
jim.lawrence@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1200 Main St., Suite 3800
Kansas City, Missouri 64105
Tel: (816) 374-3200

Timothy R. Beyer (admitted pro hac vice)
tim.beyer@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, #4100
Denver, Colorado 80203
Tel: (303) 866-7000

Elaine Drodge Koch
Texas Bar No. 06133300
elaine.koch@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
JP Morgan Chase Tower
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Tel: (214) 721-8000

Lindsay Sklar Johnson (admitted pro hac vice)
lindsay.johnson@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1201 W. Peachtree St., N.W., 14th Floor
Atlanta, Georgia 30309-3471
Tel: (404) 572-6600

Emilee L. Hargis (admitted pro hac vice)
emilee.hargis@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2028

***Attorneys for Defendant Fathom Realty, LLC***

*/s/ Jason M. Powers*
Jason M. Powers
Texas Bar No. 24007867
jpowers@velaw.com
VINSON & ELKINS L.L.P.
1001 Fannin St., Suite 2300
Houston, Texas 77002-6760
Tel: (713) 758-2522
Fax: (713) 615-5809

Megan Cloud
Texas Bar No. 24116207
mcloud@velaw.com
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel: (214) 220-7949
Fax: (214) 220-7716

***Attorneys for Defendant Greater El Paso Association of Realtors®***

*/s/ Edwin Buffmire*
Edwin Buffmire
Texas Bar No. 24078283
ebuffmire@jw.com
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Tel: (214) 953-6000

***Attorney for Defendant Greenwood King Properties II, Inc.***

*/s/ James C. Bookhout*
James C. Bookhout
Texas Bar No. 24087187
James.bookhout@us.dlapiper.com
DLA PIPER LLP (US)
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: (214) 743-4500
Fax: (214) 743-4545

Brett Ingerman (*pro hac vice*)
Brett.ingerman@us.dlapiper.com
David B. Hamilton (*pro hac vice*)
David.hamilton@us.dlapiper.com
Wes Reichart (*pro hac vice*)
West.reichart@us.dlapiper.com
DLA PIPER LLP (US)
650 S. Exeter Street, Suite 1100
Baltimore, Maryland 2202
Tel: (410) 580-4177
Fax: (410) 580-3000

*Attorneys for Defendant Heyl Group Holdings LLC*


*/s/ Craig B. Florence*
Craig B. Florence
cflorence@foley.com
Texas Bar No. 07158010
FOLEY & LARDNER LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Tel: (214) 999-4796
Fax: (214) 999-4667

Edward D. ("Ed") Burbach
eburbach@foley.com
Texas Bar No. 03355250
FOLEY & LARDNER LLP
600 Congress Avenue, Suite 3000
Austin, Texas 78701
Tel: (512) 542-7000
Fax: (512) 542-7100

Jay N. Varon (*pro hac vice*)
jvaron@foley.com
Jennifer M. Keas (*pro hac vice*)
jkeas@foley.com
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, NW, Suite 600
Washington, D.C. 20007
Tel: (202) 672-5380
Fax: (202) 672-5399

Robert D. MacGill (*pro hac vice*)
Robert.macgill@macgilllaw.com
Matthew T. Ciulla (*pro hac vice*)
Matthew.ciulla@macgilllaw.com
MACGILL PC
156 E. Market Street, Suite 1200
Indianapolis, Indiana 46204
Tel: (317) 721-1253

***Attorneys For Defendants***
***ABA Management, L.L.C., Ebby Halliday Real Eestate LLC, The Dave Perry-Miller Company, and HomeServices of America, Inc.***


*/s/ Carl S. Burkhalter*
Carl S. Burkhalter (*pro hac vice*)
cburkhalter@maynardnexsen.com
MAYNARD NEXSEN PC
1901 Sixth Avenue North, Suite 1700
Birmingham, Alabama 35203
Tel: (205) 254-1000
Fax: (205) 254-1999

Marcus A. Manos (*pro hac vice*)
mmanos@maynardnexsen.com
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, South Carolina 29201
Tel: (803) 771-8900
Fax: (803) 253-8277

Carlos Soltero
Texas Bar No. 00791702
csoltero@maynardnexsen.com
MAYNARD NEXSEN PC
Sterling Plaza
5949 Sherry Lane, Suite 820
Dallas, Texas 75225
Tel: (214) 239-2360
Fax: (214) 239-2377

Alexandra H. Austin (*pro hac vice*)
AAustin@maynardnexsen.com
MAYNARD NEXSEN PC

205 King Street, Suite 400
Charleston, South Carolina 29401
Tel: (843) 579-7827

*Attorneys for Defendant JP Piccinini Real Estate Services, LLC*


*/s/ K. Annette Disch*
K. Annette Disch
Texas Bar No. 00785822
Annette.disch@gkbklaw.com
GAUNTT, KOEN, BINNEY & KIDD, LLP
25700 I-45 North, Ste. 130
Spring, Texas 77386
Tel: (281) 367-6555
Fax: (281) 367-3705

*Attorney for Defendants Mark Anthony Dimas and The Loken Group, Inc.*


*/s/ Samuel Harris Johnson*
Aaron Benjamin Gottlieb
Texas Bar No. 24069815
aaron@jfbusinesslaw.com
Samuel Harris Johnson
Texas Bar No. 24065507
sam@jfbusinesslaw.com
JOHNSON FRIEDMAN LAW GROUP PLLC
16803 Dallas Parkway, Ste. 320
Addison, Texas 75001
Tel: (214) 382-0300
Fax: (214) 466-2481

*Attorneys for Defendant MJHM LLC*


*/s/ Gary Neal Schumann*
Gary Neal Schumann
Texas Bar No. 17851930
gary@ssjmlaw.com
SAVRICK SCHUMANN JOHNSON MCGARR KAMINSKI & SHIRLEY, LLP
The Overlook at Gaines Ranch
4330 Gains Ranch Loop, Suite 150

Austin, Texas 78735
Tel: (512) 347-1604
Fax: (512) 347-1676

*Attorney for Defendant Moreland Properties, Inc.*


*/s/ Stephanie C. Sparks*
Stephanie C. Sparks
Texas Bar No. 24042900
ssparks@vedderprice.com
VEDDER PRICE P.C.
300 Crescent Court, Suite 400
Dallas, Texas 75201
Tel: (469) 895-4800
Tel: (469) 895-4802

Mitchell D. Cohen (*pro hac vice*)
mcohen@vedderprice.com
VEDDER PRICE P.C.
1633 Broadway 31st Floor
New York, New York 10019
Tel: (212) 407-7700
Fax: (212) 407 7799

Thomas P. Cimino
tcimino@vedderprice.com
Gregory G. Wrobel (*pro hac vice*)
gwrobel@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Tel: (312) 609-7500
Fax: (312) 609-5005

*Attorneys for Defendant PenFed Realty, LLC*


*/s/ David E. Dunham*
David E. Dunham
Texas Bar No. 06227700
david@dunhamllp.com
DUNHAM LLP
919 Congress Avenue, Suite 910

Austin, Texas 78701
Tel: (512) 615-1255
Fax: (512) 615-1256

*Attorneys for Defendant Real Agent LLC*


*/s/ Chahira Solh*
Chahira Solh (Lead attorney; *pro hac vice*)
csolh@crowell.com
Daniel A. Sasse (*pro hac vice*)
dsasse@crowell.com
Eric Fanchiang (*pro hac vice*)
efanchiang@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Tel: (949) 263-8400
Fax: (949) 263-8414

*Attorneys for Defendant Realty Austin, LLC*


*/s/ Brenda T. Cubbage*
Brenda T. Cubbage
Texas Bar No. 05201300
bcubbage@cbsattorneys.com
Mary Madden Melle
Texas Bar No. 24051789
mmelle@cbsattorneys.com
CALHOUN, BHELLA & SECHREST, LLP
325 N. Saint Paul Street, Suite 2300
Dallas, Texas 75201
Tel: (214) 981-9200
Fax: (214) 981-9203

*Attorneys for Defendant RFT Enterprises, Inc.*


*/s/ Brian D. Schneider*
Brian D. Schneider
brian.schneider@afslaw.com
ARENTFOX SCHIFF LLP
1717 K Street NW

Washington, DC 20006
Tel: (202) 857-6000
Fax: (202) 857-6395

Jessica Sprovtsoff
jessica.sprovtsoff@afslaw.com
ARENTFOX SCHIFF LLP
350 South Main Street, Suite 210
Ann Arbor, Michigan 48104
Tel: (734) 222-1500
Fax: (734) 222-1501

Michael E. Jones
Texas Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, PC
102 North College, Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

***Attorneys for Defendant San Antonio Board of Realtors®, Inc.***

*/s/ Gregory J. Casas*
Gregory J. Casas, Lead Counsel
Texas Bar No. 00787213
casasg@gtlaw.com
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, Texas 78701
Tel: (512) 320-7200
Fax: (512) 320-7210

Christopher S. Dodrill
Texas Bar No. 24110696
dodrillc@gtlaw.com
GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Tel: (214) 665-3600
Fax: (214) 665-3601

Becky Leigh Caruso
Texas Bar No. 24123942
Becky.Caruso@gtlaw.com

GREENBERG TAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: (973) 443-3252
Fax: (973) 301-8410

*Attorneys for Defendant Square MB, LLC*


*/s/ Brian E. Robison*
Brian E. Robison
Texas Bar No. 00794547
brian@brownfoxlaw.com
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, Texas 75034
Tel: (972) 707-1860
Fax: (214) 327-5001

Charlene C. Koonce
Texas Bar No. 11672850
charlene@brownfox.com
C. Alan Carrillo
Texas Bar No. 24109693
alan@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Tel: (214) 327-5000
Fax: (214) 327-5001

*Attorneys for Defendant Side, Inc. and Citiquest Properties, Inc.*


*/s/ Bradley J. Purcell*
Keith M. Aurzada
Texas Bar No. 24009880
kaurzada@reedsmith.com
Bradley J. Purcell
Texas Bar No. 24063965
bpurcell@reedsmith.com
REED SMITH, LLP
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
Tel: (469) 680-4200

Fax: (469) 680-4299

*Attorneys for Defendant Team Burns, LLC d/b/a Monument Realty*

*/s/ Frederick T. Johnson*
Frederick T. Johnson
Texas Bar No. 00785429
Fjohnson@SpencerFane.com
SPENCER FANE LLP
3040 Post Oak Boulevard, Suite 1400
Houston, Texas 77056
Tel: (713) 212-2635
Fax: (713) 963-0859

Sean Whyte
Texas Bar No. 24047100
SWhyte@SpencerFane.com
Shelby Menard
Texas Bar No. 24106581
Smenard@SpencerFane.com
Mavish Bana
Texas Bar No. 24096653
Mbana@spencerfane.com
SPENCER FANE LLP
5700 Granite Parkway, Suite 650
Plano, Texas 75024
Tel: (972) 324-0300
Fax: (972) 324-0301

Thomas W. Hayde
(*pro hac vice* pending)
Thayde@SpencerFane.com
SPENCER FANE LLP
1 N. Brentwood Blvd., Suite 1000
St. Louis, Missouri 63105
Tel: (972) 324-0300
Fax: (972) 324-0301

*Attorneys for Defendant Turner Mangum LLC*

## CERTIFICATE OF SERVICE

Pursuant to Rule 5(d)(1)(B) of the Federal Rules of Civil Procedure, as amended, no certificate of service is necessary because this document is being filed with the court's electronic filing system.