IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **QJ TEAM, LLC AND FIVE POINTS HOLDINGS, LLC**, individually and on behalf of all other persons similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>**TEXAS ASSOCIATION OF REALTORS, INC.**, *et al.*,<br><br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:23-cv-01013-SDJ<br><br>CLASS ACTION |
| **JULIE MARTIN, MARK ADAMS, AND ADELAIDA MATTA**, individually and on behalf of all other persons similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>**TEXAS ASSOCIATION OF REALTORS, INC.**, *et al.*,<br><br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:23-cv-01104-SDJ<br><br>CLASS ACTION |

## ORDER GRANTING MOTION TO STAY PROCEEDINGS AS TO KELLER WILLIAMS AND AFFILIATED ENTITIES

ON THIS DAY, the Court considered Keller Williams Realty, Inc. ("Keller Williams"), and Heyl Group Holdings LLC, The Loken Group, Inc., Hexagon Group, LLC, DMTX, LLC,

**ORDER - PAGE 1**

Keller Willis San Antonio, Inc., San Antonio Legacy Group, LLC, and DJSMM, LLC's (collectively, the "Released Keller Williams Defendants") Unopposed Motion to Stay Proceedings as to Keller Williams and Affiliated Entities (the "Motion"). Upon review of the Motion, the documents on file, and any arguments of counsel, the Court finds that the Motion should be, and hereby is, **GRANTED**.

**IT IS ORDERED** that the above-captioned cases are stayed against Keller Williams and the Released Keller Williams Defendants until further order. Any rulings or judgments that might occur in this case while proceedings are stayed as to Keller Williams and the Released Keller Williams Defendants will not bind the *QJ Team* Plaintiffs, the *Martin* Plaintiffs, Keller Williams, or the Released Keller Williams Defendants (collectively, the "Parties"), and the Parties will not argue claim or issue preclusion arising from such rulings or judgments. If, for any reason, final approval pursuant to Federal Rule of Civil Procedure 23 of a settlement resolving Plaintiffs' claims is not granted and the Parties are otherwise unable to resolve these actions, proceedings in these cases will recommence as to Keller Williams and the Released Keller Williams Defendants from the stage at which they were stayed.