UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| QJ TEAM, LLC, ET AL.<br><br>v.<br><br>TEXAS ASSOCIATION OF REALTORS, INC., ET AL. | § § § § § § § | CIVIL NO. 4:23-CV-1013-SDJ |
| JULIE MARTIN, ET AL.<br><br>v.<br><br>TEXAS ASSOCIATION OF REALTORS, INC., ET AL. | § § § § § § § | CIVIL NO. 4:23-CV-1104-SDJ |

## ORDER

Before the Court is Keller Williams Realty, Inc. ("Keller Williams"), and Heyl Group Holdings LLC, The Loken Group, Inc., Hexagon Group, LLC, DMTX, LLC, Keller Willis San Antonio, Inc., San Antonio Legacy Group, LLC, and DJSMM, LLC's (collectively, the "Released Keller Williams Defendants") Unopposed Motion to Stay Proceedings as to Keller Williams and Affiliated Entities (the "Motion"). Upon consideration of the Motion, the Court finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that the above-captioned cases are **STAYED** against Keller Williams and the Released Keller Williams Defendants until further order. Any rulings or judgments that might occur in this case while proceedings are stayed as to Keller Williams and the Released Keller Williams Defendants will not bind the QJ Team Plaintiffs, the Martin Plaintiffs, Keller Williams, or the Released Keller Williams Defendants (collectively, the "Parties"), and the Parties will not argue claim or issue preclusion arising from such rulings or judgments. If, for any reason,

1

final approval pursuant to Federal Rule of Civil Procedure 23 of a settlement resolving Plaintiffs' claims is not granted and the Parties are otherwise unable to resolve these actions, proceedings in these cases will recommence as to Keller Williams and the Released Keller Williams Defendants from the stage at which they were stayed.

**So ORDERED and SIGNED this 22nd day of March, 2024.**

                                                  SEAN D. JORDAN
                                                  UNITED STATES DISTRICT JUDGE