IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **QJ TEAM, LLC**, *et al.*, individually and on behalf of all other persons similarly situated, | § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:23-cv-01013-SDJ  CLASS ACTION |
| Plaintiffs, | | |
| v. | | |
| **TEXAS ASSOCIATION OF REALTORS, INC.**, *et al.*, | | |
| Defendants. | | |

**NOTICE OF PENDING SETTLEMENT AND UNOPPOSED MOTION TO
STAY PROCEEDINGS AS TO NAR-AFFILIATED DEFENDANTS**

Defendants ATX WIR LLC; Austin Board of Realtors®; Austin/Central Texas Realty Information Service; Central Texas Multiple Listing Service, Inc.; CitiQuest Properties, Inc.; Fort Hood Area Association of Realtors®, Inc.; Four Rivers Association of Realtors®, Inc.; Greater El Paso Association of Realtors®; Greater Fort Worth Association of Realtors®, Inc.; Greenwood King Properties II, Inc.; Houston Association of Realtors®, Inc.; Houston Realtors® Information Service, Inc.; Mark Anthony Dimas; MetroTex Association of Realtors®, Inc.; MJHM LLC; Moreland Properties, Inc.; North Texas Real Estate Information Systems, Inc.; Real Agent LLC; RFT Enterprises, Inc.; San Antonio Board of Realtors®, Inc.; Square MB, LLC; Team Burns, LLC d/b/a Monument Realty; Temple-Belton Board of Realtors®, Inc.; Texas Association of Realtors®, Inc.; Turner Mangum LLC; Victoria Area Association of Realtors®, Inc.; and Williamson County Association of Realtors®, Inc. (collectively, the "NAR-Affiliated Defendants"), hereby (a) provide

notice of a pending nationwide class settlement resolving the claims asserted against the NAR-Affiliated Defendants and (b) move to stay proceedings against the NAR-Affiliated Defendants while the approval of this settlement is being considered by another federal district court. Plaintiffs are **<u>unopposed</u>** to the relief requested in this motion.

By way of background, Plaintiffs filed a Consolidated Amended Complaint ("CAC") in the action on March 15, 2024.[1] The CAC includes a claim under Section 1 of the Sherman Act based generally on allegations that Defendants have engaged in a conspiracy to require sellers of residential property in Texas to pay inflated total commissions and inflated commissions to the brokers or agents representing the buyers in the transactions.

The National Association of Realtors® ("NAR") entered into a settlement agreement (the "NAR Settlement") with plaintiffs in *Burnett v. National Association of Realtors,* No. 19-cv-0332 (W.D. Mo.) *("Burnett")* which would, upon approval, settle all claims asserted or that could be asserted against NAR by a proposed nationwide class of home sellers. A Motion for Preliminary Approval of the NAR Settlement was granted in the *Burnett* action by the United States District Court for the Western District of Missouri on April 23, 2024 (*Burnett*, ECF No. 1460).

In addition to the claims against NAR, the NAR Settlement would release, on a nationwide basis, all claims against certain persons and entities affiliated with NAR, as defined in the NAR Settlement, including the NAR-Affiliated Defendants. The order preliminarily approving the NAR Settlement temporarily enjoins Plaintiffs from "filing, commencing, prosecuting, intervening in, or pursuing" their claims against NAR or the NAR-Affiliated Defendants pending final approval

---

[1] The CAC added twelve new defendants, including five defendants that are Realtor® associations. None of these new defendants have made appearances in this action, though some are covered by the release in the NAR settlement that was preliminarily approved in the *Burnett* case. Those new defendants may want to join in this motion once they are served and make appearances in this case.

of the settlement. The district court in the *Burnett* case has scheduled a hearing for November 26, 2024 for final approval of the NAR Settlement.

Accordingly, the NAR-Affiliated Defendants move to stay all deadlines and proceedings as to the NAR-Affiliated Defendants in this case to preserve resources of the parties and the Court until further order of the Court.[2] Should the requested stay be granted by the Court, the NAR-Affiliated Defendants request that (1) any rulings or judgments that might occur in this case while proceedings are stayed as to the NAR-Affiliated Defendants will not bind the NAR-Affiliated Defendants and will not bind Plaintiffs (with respect to claims by Plaintiffs against the NAR-Affiliated Defendants) and (2) the NAR-Affiliated Defendants and Plaintiffs not be permitted to argue claim or issue preclusion arising from such rulings or judgments. If, for any reason, final approval of the NAR Settlement is not granted, and the NAR-Affiliated Defendants and Plaintiffs are otherwise unable to resolve this action, proceedings in this case will recommence as to the NAR-Affiliated Defendants from the stage at which it was stayed.

Plaintiffs are unopposed to the relief requested in this motion.

DATED: April 30, 2024.

---

[2] The Court already has granted a similar Motion to Stay that was filed by Defendant Keller Williams Realty, Inc. and the "Released Keller Williams Defendants," which also have settled with a proposed nationwide class of home sellers. *See QJ Teams*, ECF Nos. 200, 202. In addition, on April 26, 2024, Defendant HomeServices of America, Inc. and its affiliates, including franchisees, filed a Notice of Pending Settlement and Joint Motion to Stay in the *Burnett* case, which references a nationwide class settlement that would release claims against the HomeServices Defendants. *Burnett*, ECF No. 1462.

        Respectfully submitted,

        */s/ Bradley C. Weber*
        Bradley C. Weber
        Texas Bar No. 21042470
        bweber@lockelord.com
        LOCKE LORD LLP
        2200 Ross Avenue, Suite 2800
        Dallas, Texas 75201
        Tel: (214) 740-8497
        Fax: (214) 756-8497

        Grant P. Harpold
        Texas Bar No. 09034300
        gharpold@buckkeenan.com
        BUCK KEENAN LLP
        2229 San Felipe Street, Suite 1000
        Houston, Texas 77019
        Tel: 713-225-4500
        Fax: 713-225-3719

        ***Attorneys for Defendants Houston Association of Realtors®, Inc. and Houston Realtors® Information Service, Inc.***

        */s/ George W. Morrison*
        George W. Morrison (a/k/a Bill Morrison)
        Texas Bar No. 24007710
        bill.morrison@haynesboone.com
        Neil Issar
        Texas Bar No. 24102704
        neil.issar@haynesboone.com
        Greta Gieseke
        Texas Bar No. 24132925
        greta.gieseke@haynesboone.com
        HAYNES AND BOONE, LLP
        2801 N. Harwood Street, Suite 2300
        Dallas, Texas 75201-2747
        Tel: (214) 651-5000
        Fax: (214) 651-5940

*Attorneys for Defendants MetroTex Association of Realtors®, Inc. and North Texas Real Estate Information Systems, Inc.*

*/s/ Richard A. Illmer*
Richard A. Illmer
Texas Bar No. 10388350
rick.illmer@huschblackwell.com
Chalon Clark
Texas Bar No. 24050045
chalon.clark@huschblackwell.com
HUSCH BLACKWELL, LLP
1900 N. Pearl St., Suite 1800
Dallas, Texas 75201
Tel: (214) 999-6100
Fax: (214) 999-6170

Christopher A. Smith (*Pro Hac Vice*)
chris.smith@huschblackwell.com
HUSCH BLACKWELL, LLP
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
Tel: (314) 480-1500
Fax: (314) 480-1505

A. James Spung (*Pro Hac Vice*)
james.spung@huschblackwell.com
1801 Wewatta St., Suite 1000
Denver, Colorado 80202
Tel: (303) 749-7200
Fax: (303) 749-7272

*Attorneys for Defendant Texas Association of Realtors®, Inc.*

*/s/ A. Boone Almanza*
A. Boone Almanza
Texas Bar No. 01579001
balmanza@abdmlaw.com
Rachel L. McKenna
Texas Bar No. 24102183
rmckenna@abdmlaw.com

Ethan Ranis
Texas Bar No. 24098303
eranis@abdmlaw.com
ALMANZA, BLACKBURN, DICKIE &
MITCHELL, LLP
2301 S. Capital of Texas Highway, Bldg. H
Austin, Texas 78746
Tel: (512) 474-9486
Fax: (512) 478-7151

***Attorneys for Defendant ATX WIR LLC***

*/s/ Jay Dewald*
Jay Dewald
Texas Bar No. 24001990
jay.dewald@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
Tel: (210) 224-5575
Fax: (210) 270-7205

Ellen Sessions
Texas Bar No. 00796282
ellen.sessions@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Tel: (214) 855-8180
Fax: (214) 855-8200

Layne E. Kruse
Texas Bar No. 11742550
layne.kruse@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5100
Fax: (713) 651-5246

***Attorneys for Defendants Austin Board of Realtors® and Austin/Central Texas Realty Information Service***

/s/ Joseph S. Babb
Joseph S. Babb
Texas Bar No. 01478700
jbabb@brltexaslaw.com
BABB, REED & LEAK, PLLC
4131 Spicewood Springs Rd., Bldg. G-2
Austin, Texas 78759
Tel: (512) 580-5010

*Attorney for Defendants Central Texas Multiple Listing Service, Inc., Fort Hood Area Association of Realtors®, Inc., Four Rivers Association of Realtors®, Inc., Greater Fort Worth Association of Realtors®, Inc., Temple-Belton Board of Realtors®, Inc., Victoria Area Association of Realtors®, Inc., and Williamson County Association of Realtors®, Inc.*

/s/ Jason M. Powers
Jason M. Powers
Texas Bar No. 24007867
jpowers@velaw.com
VINSON & ELKINS L.L.P.
1001 Fannin St., Suite 2300
Houston, Texas 77002-6760
Tel: (713) 758-2522
Fax: (713) 615-5809

Megan Cloud
Texas Bar No. 24116207
mcloud@velaw.com
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel: (214) 220-7949
Fax: (214) 220-7716

*Attorneys for Defendant Greater El Paso Association of Realtors®*

/s/ Edwin Buffmire
Edwin Buffmire
Texas Bar No. 24078283
ebuffmire@jw.com
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Tel: (214) 953-6000

**Attorney for Defendant Greenwood King Properties II, Inc.**

/s/ K. Annette Disch
K. Annette Disch
Texas Bar No. 00785822
Annette.disch@gkbklaw.com
GAUNTT, KOEN, BINNEY & KIDD, LLP
25700 I-45 North, Ste. 130
Spring, Texas 77386
Tel: (281) 367-6555
Fax: (281) 367-3705

**Attorney for Defendant Mark Anthony Dimas**

/s/ Craig L. Dowis
Craig L. Dowis
Texas Bar No. 24028655
cdowis@thompsoncoe.com
James L. Sowder
Texas Bar No. 18863900
jsowder@thompsoncoe.com
Thomas J. Annis
Texas Bar No. 24077478
tannis@thompsoncoe.com
John M. Wiggins
Texas Bar No. 24115950
jwiggins@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, LLP
700 N. Pearl Street
Twenty-Fifth Floor – Plaza of the Americas
Dallas, Texas 75201
Tel: (214) 871-8200

*Attorneys for Defendants Citiquest Properties, Inc. and MJHM LLC*

*/s/ Gary Neal Schumann*
Gary Neal Schumann
Texas Bar No. 17851930
gary@ssjmlaw.com
SAVRICK SCHUMANN JOHNSON MCGARR KAMINSKI & SHIRLEY, LLP
The Overlook at Gaines Ranch
4330 Gains Ranch Loop, Suite 150
Austin, Texas 78735
Tel: (512) 347-1604
Fax: (512) 347-1676

*Attorney for Defendant Moreland Properties, Inc.*

*/s/ David E. Dunham*
David E. Dunham
Texas Bar No. 06227700
david@dunhamllp.com
Isabelle M. Antongiorgi
Texas Bar. No. 24059386
isabelle@dunhamllp.com
DUNHAM LLP
919 Congress Avenue, Suite 910
Austin, Texas 78701
Tel: (512) 615-1255
Fax: (512) 615-1256

*Attorneys for Defendant Real Agent, LLC*

*/s/ Brenda T. Cubbage*
Brenda T. Cubbage
Texas Bar No. 05201300
bcubbage@cbsattorneys.com
Mary Madden Melle
Texas Bar No. 24051789
mmelle@cbsattorneys.com

>CALHOUN, BHELLA & SECHREST, LLP
>325 N. Saint Paul Street, Suite 2300
>Dallas, Texas 75201
>Tel: (214) 981-9200
>Fax: (214) 981-9203
>
>*Attorneys for Defendant RFT Enterprises, Inc.*
>
>*/s/ Brian D. Schneider*
>Brian D. Schneider
>brian.schneider@afslaw.com
>ARENTFOX SCHIFF LLP
>1717 K Street NW
>Washington, DC 20006
>Tel: (202) 857-6000
>Fax: (202) 857-6395
>
>Jessica Sprovtsoff
>jessica.sprovtsoff@afslaw.com
>ARENTFOX SCHIFF LLP
>350 South Main Street, Suite 210
>Ann Arbor, Michigan 48104
>Tel: (734) 222-1500
>Fax: (734) 222-1501
>
>*Attorneys for Defendant San Antonio Board of Realtors®, Inc.*
>
>*/s/ Gregory J. Casas*
>Gregory J. Casas, Lead Counsel
>Texas Bar No. 00787213
>casasg@gtlaw.com
>GREENBERG TRAURIG, LLP
>300 West 6th Street, Suite 2050
>Austin, Texas 78701
>Tel: (512) 320-7200
>Fax: (512) 320-7210
>
>Christopher S. Dodrill
>Texas Bar No. 24110696
>dodrillc@gtlaw.com

GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Tel: (214) 665-3600
Fax: (214) 665-3601

Becky Leigh Caruso
Texas Bar No. 24123942
Becky.Caruso@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: (973) 443-3252
Fax: (973) 301-8410

*Attorneys for Defendant Square MB, LLC*


*/s/ Bradley J. Purcell*
Keith M. Aurzada
Texas Bar No. 24009880
kaurzada@reedsmith.com
Bradley J. Purcell
Texas Bar No. 24063965
bpurcell@reedsmith.com
REED SMITH, LLP
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
Tel: (469) 680-4200
Fax: (469) 680-4299

*Attorneys for Defendant Team Burns, LLC d/b/a Monument Realty*


*/s/ Frederick T. Johnson*
Frederick T. Johnson
Texas Bar No. 00785429
Fjohnson@SpencerFane.com
SPENCER FANE LLP
3040 Post Oak Boulevard, Suite 1400
Houston, Texas 77056
Tel: (713) 212-2635
Fax: (713) 963-0859

Sean Whyte
Texas Bar No. 24047100
SWhyte@SpencerFane.com
Shelby Menard
Texas Bar No. 24106581
Smenard@SpencerFane.com
Mavish Bana
Texas Bar No. 24096653
Mbana@spencerfane.com
SPENCER FANE LLP
5700 Granite Parkway, Suite 650
Plano, Texas 75024
Tel: (972) 324-0300
Fax: (972) 324-0301

Thomas W. Hayde
(*pro hac vice* pending)
Thayde@SpencerFane.com
SPENCER FANE LLP
1 N. Brentwood Blvd., Suite 1000
St. Louis, Missouri 63105
Tel: (972) 324-0300
Fax: (972) 324-0301

*Attorneys for Defendant Turner Mangum LLC*

**CERTIFICATE OF CONFERENCE**

      I have complied with the meet and confer requirements in Local Rule CV-7(h) and conferred with counsel for Plaintiffs regarding the relief requested herein and they advised me that Plaintiffs are unopposed to this motion.

                                              */s/ Bradley C. Weber*
                                                Bradley C. Weber


**CERTIFICATE OF SERVICE**

      Pursuant to Rule 5(d)(1)(B) of the Federal Rules of Civil Procedure, as amended, no certificate of service is necessary because this document is being filed with the court's electronic filing system.