IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **QJ TEAM, LLC**, *et al.*, individually and on behalf of all other persons similarly situated, | § § § § § | CIVIL ACTION NO. 4:23-cv-01013-SDJ |
| Plaintiffs, | § § | |
| v. | § § | CLASS ACTION |
| **TEXAS ASSOCIATION OF REALTORS, INC.**, *et al.*, | § § § § § | |
| Defendants. | § | |

**ORDER GRANTING MOTION TO STAY PROCEEDINGS
AS TO NAR-AFFILIATED DEFENDANTS**

ON THIS DAY, the Court considered the *Unopposed Motion to Stay Proceedings* filed by Defendants ATX WIR LLC; Austin Board of Realtors®; Austin/Central Texas Realty Information Service; Central Texas Multiple Listing Service, Inc.; CitiQuest Properties, Inc.; Fort Hood Area Association of Realtors®, Inc.; Four Rivers Association of Realtors®, Inc.; Greater El Paso Association of Realtors®; Greater Fort Worth Association of Realtors®, Inc.; Greenwood King Properties II, Inc.; Houston Association of Realtors®, Inc.; Houston Realtors® Information Service, Inc.; Mark Anthony Dimas; MetroTex Association of Realtors®, Inc.; MJHM LLC; Moreland Properties, Inc.; North Texas Real Estate Information Systems, Inc.; Real Agent LLC; RFT Enterprises, Inc.; San Antonio Board of Realtors®, Inc.; Square MB, LLC; Team Burns, LLC d/b/a Monument Realty; Temple-Belton Board of Realtors®, Inc.; Texas Association of Realtors®, Inc.; Turner Mangum LLC; Victoria Area Association of Realtors®, Inc.; and Williamson County Association of Realtors®, Inc. (collectively, the "NAR-Affiliated Defendants"). Upon review of

the Motion, the documents on file, and any arguments of counsel, the Court finds that the Motion should be, and hereby is, **GRANTED**.

IT IS ORDERED that the above-captioned case is stayed against the NAR-Affiliated Defendants until further order of the Court.  Any rulings or judgments that might occur in this case while proceedings are stayed as to the NAR-Affiliated Defendants will not bind the NAR-Affiliated Defendants and will not bind Plaintiffs (with respect to claims by Plaintiffs against the NAR-Affiliated Defendants). Neither the NAR-Affiliated Defendants nor Plaintiffs are permitted to argue claim or issue preclusion arising from such rulings or judgments while the proceedings are stayed. If, for any reason, final approval of the NAR Settlement is not granted, and Plaintiffs and the NAR-Affiliated Defendants are otherwise unable to resolve this action, proceedings in this case will recommence as to the NAR-Affiliated Defendants from the stage at which it was stayed.