IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| QJ TEAM, LLC, AND FIVE POINTS HOLDINGS, LLC, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEXAS ASSOCIATION OF REALTORS, INC., et al.,<br><br>Defendants. | Case No. 4:23-cv-01013-SDJ |

**ORDER GRANTING
DEFENDANTS J.P. PICCININI REAL ESTATE SERVICES, LLC AND SIDE, INC.'S
UNOPPOSED MOTION TO EXTEND TIME TO RESPOND
TO THE COMPLAINT AND BRIEFING SCHEDULE**

On this day, the Court considered Defendants J.P. Piccinini Real Estate Services, LLC a/k/a JPAR Real Estate and Side, Inc.'s ("Moving Defendants") *Unopposed Motion to Extend Time to Respond to the Complaint and Briefing Schedule* (the "Motion").

After considering the Motion and the materials on file, the Court finds good cause to grant the extension of time to respond to the Complaint and briefing schedule as requested in the Motion. Therefore, the Court GRANTS the Motion and ORDERS that:

1. Each Moving Defendant must file its response to the Complaint by September 20, 2024;

2. Plaintiffs must file responses to a Moving Defendant's motion to dismiss within 50 days from the filing of such motion;

3. A Moving Defendant must file any response in reply to issues raised in Plaintiffs' opposition within 28 days from the filing of such response to that Moving Defendant's motion; and

4. Plaintiffs will file any sur-reply to issues raised in a Moving Defendant's reply within 21 days from the filing of such reply.

**So ORDERED and SIGNED this 26th day of August, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE