IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| QJ TEAM, LLC, AND FIVE POINTS HOLDINGS, LLC, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TEXAS ASSOCIATION OF REALTORS, INC., et al.,<br><br>    Defendants. | Case No. 4:23-cv-01013-SDJ<br>(Consolidated with 4:23-cv-01104-SDJ) |

**DEFENDANT J.P. PICCININI REAL ESTATE SERVICES, LLC'S
MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT PURSUANT
TO FED. R. CIV. P. RULE 12(b)(6)**

Defendant J.P. Piccinini Real Estate Services, LLC a/k/a Cairn Real Estate ("JPAR") moves the Court for an order dismissing the Consolidated Amended Complaint in this matter with prejudice. Fed. R. Civ. P. 12(b)(6). The grounds for this motion are that:

1. The Consolidated Amended Complaint fails to allege facts sufficient that, if proved, show JPAR joined the conspiracy or furthered an anti-competitive conspiracy.

2. The Consolidated Amended Complaint relies solely upon membership in a trade association and compliance with its rules as a basis for JPAR's antitrust liability and thus fails to state a claim.

3. The Consolidated Amended Complaint does not allege facts sufficient that, if proved, establish a horizontal conspiracy among real estate brokers.

4. The sole alleged illegal action resulting from the alleged conspiracy (the NAR MLS Compensation Rule) does not require a specific price or percentage a listing broker must offer to a buyer's broker in a concrete or ascertainable term and, therefore, cannot support a claim of price fixing.

5. The allegations of the Consolidated Amended Complaint do not support a per se rule violation nor a rule-of-reason antitrust violation.

This motion is supported by the allegations of the Consolidated Amended Complaint, the documents referenced in the Consolidated Amended Complaint, the applicable law, and the memorandum of authorities in support of this motion simultaneously filed and served.

Respectfully submitted,

By: /s/*Marcus Angelo Manos*
Marcus Angelo Manos (pro hac vice) Fed Id. 4828
mmanos@maynardnexsen.com
**MAYNARD NEXSEN PC**
1230 Main Street, Suite 700
Columbia, South Carolina 29201
Telephone: (803) 771-8900
Facsimile: (803) 253-8277

**Carlos R. Soltero**
Texas State Bar No. 0791702
csoltero@maynarnexsen.com
**Gregory P. Sapire**
Texas State Bar No. 00791601
gsapire@maynardnexsen.com
**MAYNARD NEXSEN PC**
2500 Bee Caves Road
Building 1, Suite 150
Austin, TX 78746
(512) 969-640 (telephone)
(512) 359-5774 (facsimile)

**Carl S. Burkhalter (**pro hac vice)
cburkhalter@maynardnexsen.com
**MAYNARD NEXSEN PC**
1901 Sixth Avenue N, Suite 1700
Birmingham, AL 35203
Telephone: 205.254.1081
Facsimile: 205.254.1991

**Alexandra H. Austin** (pro hac vice)
aaustin@maynardnexsen.com
**MAYNARD NEXSEN PC**
205 King Street, Suite 400
Charleston, South Carolina 29401
Telephone: (843) 579-7827
Facsimile: (843) 414-8227

***ATTORNEYS FOR DEFENDANT J.P. PICCININI REAL ESTATE SERVICES, LLC (A/K/A JPAR REAL ESTATE)***

October 11, 2024

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon all counsel of record below via the Court's electronic filing system on October 11, 2024.

/s/ Marcus Anglo Manos
Marcus Angelo Manos (pro hac vice) Fed Id. 4828
