UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| QJ TEAM, LLC, ET AL. | § | |
|---|---|---|
| | § | |
| v. | § | CIVIL NO. 4:23-CV-1013-SDJ |
| | § | |
| TEXAS ASSOCIATION OF REALTORS, INC., ET AL. | § | |
| JULIE MARTIN, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:23-CV-1104-SDJ |
| | § | |
| TEXAS ASSOCIATION OF REALTORS, INC., ET AL. | § | |

## ORDER

Before the Court is a Joint Status Report and Request to Extend Stay of Proceedings (Dkt. #243). After consideration, the Motion is **GRANTED**.

It is therefore **ORDERED** that this action is temporarily stayed as to Defendant Fathom Realty, LLC ("Fathom"), and all forthcoming deadlines as to Fathom are vacated pending the resolution or exhaustion of the objectors' appeals to the Fathom settlement in *Burnett v. National Association of Realtors*, No. 19-cv-00332 (W.D. Mo.).

The parties are **ORDERED** to provide joint status reports on the status of appeal every sixty days, with the first such report to be submitted no later than **March 21, 2025**.

So ORDERED and SIGNED this 21st day of January, 2025.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE