IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| QJ TEAM, LLC, AND FIVE POINTS HOLDINGS LLC, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEXAS ASSOCIATION OF REALTORS, INC., *et al*.,<br><br>Defendants. | Case No. 4:23-cv-1013-SDJ<br><br>Judge Sean D. Jordan |

**JOINT STATUS REPORT**

Pursuant to this Court's September 20, 2024 Order (ECF No. 229), January 21, 2025 Order (ECF No. 244), and May 22, 2025 Order (ECF No. 247) staying this proceeding as to Defendant Fathom Realty, LLC ("Fathom"), Plaintiffs and Fathom submit this Joint Status Report to update the Court:

1. As previously reported to this Court, Fathom entered into a settlement agreement with Plaintiffs in connection with the proposed NAR settlement in *Burnett v. National Association of Realtors*, No. 19-cv-00332 (W.D. Mo.) (the "NAR Settlement"). *See* Agreed Motion to Stay, ECF No. 226.

2. On September 20, 2024, the Court stayed the case as to Fathom pending a decision on final approval of the NAR Settlement in *Burnett* and ordered Plaintiffs and Fathom to provide joint status reports on the status of that settlement every sixty (60) days. Order, ECF No. 229.

3. On September 30, 2024, the *Burnett* Plaintiffs submitted an Unopposed Motion for Preliminary Approval of Settlements with Brokerages and Non-Realtor Multiple Listing Services

1

Opting into the National Association of Realtors Settlement and for Permissive Joinder of Opt-In Entities (the "Opt-in Motion"). *Burnett* ECF No. 1538. As detailed in the Opt-In Motion, Fathom Holdings, Inc., a parent company of Fathom, has opted into the NAR Settlement. *See id*. at 2.

4.   On November 27, 2024, the *Burnett* court issued a Final Approval Order that, among other things, granted final approval of the nationwide settlement agreements, including the NAR Settlement and the settlement entered into by Fathom Holdings, Inc. *Burnett*, ECF No. 1622. The Final Approval Order provides:

> Members of the Settlement Class, unless they excluded themselves, are hereby enjoined from filing, commencing, prosecuting, intervening in, or pursuing as a plaintiff or class member any Released Claims against any of the Released Parties . . . Released Claims include claims that arise from or relate to conduct that was alleged or could have been alleged in the Actions based on any or all of the same factual predicates for the claims alleged in the Actions, including but not limited to commissions negotiated, offered, obtained, or paid to brokerages in connection with the sale of any residential home. For the avoidance of doubt, this injunction extends to claims arising from or relating to transactions where Settlement Class members either sold or purchased a home on any MLS nationwide, regardless of affiliation or association with NAR or not, and thus includes, e.g., NWMLS, WPML, and REBNY/RLS.

*Id.* at ¶ 168 (internal citations omitted).

5.   Objectors have filed notices of appeal of the Final Approval Order. *See e.g.*, *Burnett* ECF Nos. 1649, 1664.

6.   Appellant briefs and appellee briefs in the various appeals of the Final Approval Order have been filed. *See e.g.*, Brief Filed, *Burnett v. Mullis*, No. 24-3619 (8th Cir. Sept. 29, 2025). In the last two months, reply briefs have been filed. *See e.g.*, Brief Filed, *Burnett v. Mullis*, No. 24-3619 (8th Cir. Nov. 19, 2025). The appeals have been screened, and oral argument was held on Wednesday, January 14, 2026. The Eighth Circuit has not yet issued its decision.

7. On January 21, 2025, the Court extended the stay of the case as to Fathom, pending the resolution or exhaustion of the objectors' appeals to the Final Approval Order, and ordered Fathom and Plaintiffs to provide joint status reports every sixty days. Order, ECF No. 244.

8. On May 22, 2025, the Court again extended the stay of the case as to Fathom, pending the resolution or exhaustion of the objectors' appeals to the Final Approval Order, and once more ordered Fathom and Plaintiffs to provide joint status reports every sixty days. Order, ECF No. 247.

9. Fathom and Plaintiffs assert that it is appropriate and will serve the interests of justice to continue the stay of proceedings in this case as to Fathom until the resolution or exhaustion of the objectors' appeals from the Final Approval Order.

Dated: February 12, 2026                                Respectfully submitted,

| | |
|---|---|
| */s/ Julie Pettit* | */s/ Emilee L. Hargis* |
| Julie Pettit, State Bar No. 24065971 | James D. Lawrence (*admitted pro hac vice*) |
| David B. Urteago, State Bar No. 24079493 | BRYAN CAVE LEIGHTON PAISNER LLP |
| THE PETTIT LAW FIRM | 1200 Main St., Suite 3800 |
| 2101 Cedar Springs, Suite 1540 | Kansas City, MO 64105 |
| Dallas, Texas 75201 | Telephone: (816) 374-3200 |
| Telephone: (214) 329-0151 | Email: jim.lawrence@bclplaw.com |
| Email: jpettit@pettitfirm.com | |
| Email: durteago@pettitfirm.com | Timothy R. Beyer (*admitted pro hac vice*) |
| | BRYAN CAVE LEIGHTON PAISNER LLP |
| Michael K. Hurst, State Bar No. 10316310 | 1700 Lincoln Street, #4100 |
| Chris Schwegmann, State Bar No. 24051315 | Denver, CO 80203 |
| Yaman Dasai, State Bar No. 24101695 | Telephone: (303) 866-7000 |
| Jessica Cox, State Bar No. 24114769 | Email: tim.beyer@bclplaw.com |
| LYNN PINKER HURST & SCHWEGMANN, LLP | |
| 2100 Ross Avenue, Suite 2700 | Lindsay Sklar Johnson (*admitted pro hac vice*) |
| Dallas, Texas 75201 | BRYAN CAVE LEIGHTON PAISNER LLP |
| Telephone: (214) 981-3800 | 1201 W. Peachtree St., N.W., 14th Floor |
| Email: jcox@lynnllp.com | Atlanta, GA 30309-3471 |
| Email: ydesai@lynnllp.com | Telephone: (404) 572-6600 |
| Email: cschwegmann@lynnllp.com | Email: lindsay.johnson@bclplaw.com |
| Email: mhurst@lynnllp.com | |
| | Emilee L. Hargis, (*admitted pro hac vice*) |
| Laurence D. King | BRYAN CAVE LEIGHTON PAISNER LLP |
| KAPLAN FOX & KILSHEIMER LLP | 211 N. Broadway, Suite 3600 |
| 1999 Harrison Street, Suite 1560 | St. Louis, MO 63102 |
| Oakland, CA 94612 | Telephone: (314) 259-2028 |
| Telephone: (415) 772-4700 | Email: emilee.hargis@bclplaw.com |
| Email: lking@kaplanfox.com | |
| | *Attorneys for Defendant Fathom Realty, LLC* |
| Frederic S. Fox | |
| Jeffrey P. Campisi | |
| Matthew P. McCahill | |
| KAPLAN FOX & KILSHEIMER LLP | |
| 800 Third Avenue, 38th Floor | |
| New York, NY 10022 | |
| Telephone: (212) 687-1980 | |
| Email: ffox@kaplanfox.com | |
| Email: jacmpisi@kaplanfox.com | |
| Email: mmccahill@kaplanfox.com | |

*Attorneys for Plaintiffs and Proposed Class*

**CERTIFICATE OF SERVICE**

      Pursuant to Rule 5(d)(1)(B) of the Federal Rules of Civil Procedure, as amended, no certificate of service is necessary because this document is being filed with the court's electronic filing system.

                                                */s/ Emilee L. Hargis*
                                                Emilee L. Hargis